**No. 11-6109. Kenneth Junier, Petitioner v. Mark Conrad, et al.**

565 U.S. 984, 132 S. Ct. 512, 181 L. Ed. 2d 361, 2011 U.S. LEXIS 7746.

October 31, 2011. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 79 Mass. App. 1113, 945 N.E.2d 438.

**No. 11-6110. Clay Alexander, Petitioner v. Tom Clements, Executive Director, Colorado Department of Corrections, et al.**

565 U.S. 984, 132 S. Ct. 512, 181 L. Ed. 2d 361, 2011 U.S. LEXIS 7797.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 424 Fed. Appx. 738.

**No. 11-6111. Vincent Artis, Petitioner v. New York.**

565 U.S. 985, 132 S. Ct. 512, 181 L. Ed. 2d 361, 2011 U.S. LEXIS 7725.

October 31, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Second Judicial Department, denied.

Same case below, 77 App. Div. 3d 848, 909 N.Y.S.2d 381.

**No. 11-6114. Luis Rocha, Petitioner v. Adrian Feinerman.**

565 U.S. 985, 132 S. Ct. 512, 181 L. Ed. 2d 361, 2011 U.S. LEXIS 7824.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 11-6115. Young Bok Song, Petitioner v. James Welch, et al.**

565 U.S. 985, 132 S. Ct. 513, 181 L. Ed. 2d 361, 2011 U.S. LEXIS 7862.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 430 Fed. Appx. 213.

**No. 11-6116. Michael A. Singleton, Petitioner v. Ten Unidentified United States Marshals.**

565 U.S. 985, 132 S. Ct. 513, 181 L. Ed. 2d 361, 2011 U.S. LEXIS 7885,

October 31, 2011. Petition for writ of certiorari to the Supreme Court of South Carolina denied.

**No. 11-6118. Tron Manuel Littlejohn, Petitioner v. Cecilia R. Reynolds, Warden.**

565 U.S. 985, 132 S. Ct. 513, 181 L. Ed. 2d 361, 2011 U.S. LEXIS 7736.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 430 Fed. Appx. 215.

**No. 11-6127. Gary D. Easley, Petitioner v. California, et al.**

565 U.S. 985, 132 S. Ct. 513, 181 L. Ed. 2d 361, 2011 U.S. LEXIS 7792.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 425 Fed. Appx. 583.